UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CORNELIUS RODGERS, | ) |
| Petitioner, | ) |
| vs. | ) Case No: 4:13CV2000HEA |
| TROY STEELE, | ) |
| Respondent. | ) |

# OPINION, MEMORANDUM AND ORDER

Petitioner filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. 1] on October 7, 2013. On December 6, 2013, Defendant filed his Response To Order To Show Cause Why a Writ of Habeas Corpus Should Not be Granted [Doc. 7]. Thereafter, on February 25, 2016, Petitioner filed MEMORANDUM AND NOTICE OF IMMINENT FILING [Doc. 21]. On September 15, 2016 this court denied the relief sought by Petitioner in his MEMORANDUM AND NOTICE OF IMMINENT FILING.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner file his reply /traverse to the Respondent's Response To Order To Show Cause Why a Writ of Habeas Corpus Should Not be Granted [ Doc. 7] within 30 days of the date of this order.

Dated this 17th day of November, 2016.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE